

James M. Simpson | Attorney
Direct: (501) 370-1520
Fax: (501) 376-2147
E-mail: simpson@fridayfirm.com

400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
www.FridayFirm.com

July 27, 2016

**VIA EMAIL**
David A. Bailey
ANDRADE & BAILEY, P.L.L.C.
1701 Gateway Boulevard, Suite 333
Richardson, Texas 75080
Email: dbailey@lodb.net

   Re: Hawk Technology Systems, LLC v. Oaklawn Jockey Club, Inc., United States District Court Western District of Arkansas, 6:15-CV-06037 (PKH)

Dear David:

  We believe Plaintiff was supposed to label its document production to indicate which documents correspond to each category of Rule 3-2. "The producing party shall separately identify by production number which documents correspond to each category." (Northern District of California Patent Local Rules 3.2(e)). We would ask you to produce your documents again with that designation, please.

  Please let us hear from you either way. Thank you.

              Yours truly,

              James M. Simpson

JMS/tce
CC: Q. Byrum Hurst qbyrum@hurstlaw.org
   Joshua Hurst joshhurst20@yahoo.com

Exhibit B