# Kimberly D. Young

| | |
|---|---|
| **From:** | David Bailey <dbailey@lodb.net> |
| **Sent:** | Monday, August 01, 2016 12:01 PM |
| **To:** | James (Jim) M. Simpson |
| **Cc:** | Kimberly D. Young; Tiffini C. Evans; qbyrum@hurstlaw.org; joshhurst20@yahoo.com |
| **Subject:** | RE: HAWK TECHNOLOGY v. Oaklawn |

Jim,

Thank you for your letter. I will review the production, make any necessary corrections, and re-produce the documents.

Best regards,

David Bailey

---

**From:** Tiffini C. Evans [mailto:tevans@fridayfirm.com]
**Sent:** Thursday, July 28, 2016 8:07 AM
**To:** dbailey@lodb.net; qbyrum@hurstlaw.org; joshhurst20@yahoo.com
**Cc:** James (Jim) M. Simpson <Simpson@fridayfirm.com>; Kimberly D. Young <KYoung@fridayfirm.com>
**Subject:** HAWK TECHNOLOGY v. Oaklawn

Gentlemen:
Please see the attached letter from Mr. Jim Simpson.
Thank you.
Tiffini


TIFFINI C. EVANS



tevans@fridayfirm.com   |   Direct: (501) 370-3351   |   Fax (501) 376-2147

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522   |   www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-3351 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.